Jason M. Drangel (JD 7204)
jdrangel@ipcounselors.com
Ashly E. Sands (AS 7715)
asands@ipcounselors.com
Brieanne Scully (BS 3711)
bscully@ipcounselors.com
Andrew Sup Chung (AC 1988)
achung@ipcounselors.com
EPSTEIN DRANGEL LLP
60 East 42nd Street, Suite 2520
New York, NY 10165
Telephone:   (212) 292-5390
Facsimile:   (212) 292-5391
*Attorneys for Plaintiff*
*Mattel, Inc.*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MATTEL, INC.,<br><br>*Plaintiff*<br><br>V.<br><br>AARON'S FASHION STORE, *et al.*<br><br>*Defendants* | **CIVIL ACTION No.**<br>**18-cv-10437 (KPF)** |

## NOTICE OF VOLUNTARY DISMISSAL

PURSUANT TO Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff Mattel, Inc., ("Mattel" or "Plaintiffs"), by their undersigned attorneys, hereby give notice of dismissal of all claims against Defendants Zhengzhou DH Amusement Equipment Co., Ltd. and Yiwu Mingkai Garment Co., Ltd. in the above-captioned action, with prejudice, and with each party to bear its own attorneys' fees, costs and expenses.

Dated: February 20, 2019                                           Respectfully submitted,

                                                                   **EPSTEIN DRANGEL LLP**

                                                           BY:     _____
                                                                   Brieanne Scully (BS 3711)
                                                                   bscully@ipcounselors.com
                                                                   EPSTEIN DRANGEL LLP
                                                                   60 East 42nd Street, Suite 2520
                                                                   New York, NY 10165
                                                                   Telephone:   (212) 292-5390
                                                                   Facsimile:   (212) 292-5391
                                                                   *Attorney for Plaintiff*
                                                                   *Mattel, Inc.*

**It is so ORDERED.**

Signed at New York, NY on _____February 21_____, 2019.

                                                                   _____
                                                                   Judge Katherine Polk Failla
                                                                   United States District Judge

2