Jason M. Drangel (JD 7204)
jdrangel@ipcounselors.com
Ashly E. Sands (AS 7715)
asands@ipcounselors.com
Brieanne Scully (BS 3711)
bscully@ipcounselors.com
Andrew S. Chung (AC 1988)
achung@ipcounselors.com
EPSTEIN DRANGEL LLP
60 East 42nd Street, Suite 2520
New York, NY 10165
Telephone:     (212) 292-5390
Facsimile:     (212) 292-5391
*Attorneys for Plaintiff*
*Mattel, Inc.*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MATTEL, INC., <br><br> *Plaintiff* <br><br> V. <br><br> AARON'S FASHION STORE, *et al*. <br><br> *Defendants* | CIVIL ACTION No. <br> 18-cv-10437 (KPF) |

**NOTICE OF VOLUNTARY DISMISSAL**

PURSUANT TO Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff Mattel, Inc., ("Mattel" or "Plaintiffs"), by their undersigned attorneys, hereby give notice of dismissal of all claims against Defendants Zhengzhou Sanqgroup Machinery And Equipment Co., Ltd. and Zhengzhou Winsun Amusement Equipment Co., Ltd in the above-captioned action, with prejudice, and with each party to bear its own attorneys' fees, costs and expenses.

Dated: March 7, 2019

Respectfully submitted,

**EPSTEIN DRANGEL LLP**

BY: _____

Brieanne Scully (BS 3711)
bscully@ipcounselors.com
EPSTEIN DRANGEL LLP
60 East 42nd Street, Suite 2520
New York, NY 10165
Telephone:   (212) 292-5390
Facsimile:    (212) 292-5391
*Attorney for Plaintiff*
*Mattel, Inc.*

**It is so ORDERED.**

Signed at New York, NY on _____ March 8 ___, 2019.

_____
Judge Katherine Polk Failla
United States District Judge

2