UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------x
MATTEL, INC.,

                              Plaintiff,      CIVIL ACTION
                                          18-cv-10437 (KPF)

              - against -                 **SATISFACTION OF JUDGMENT**

AARON'S FASHION STORE, et al.
                              Defendants.
----------------------------------------x

WHEREAS, a judgment was entered in the above action on the 27th day of March, 2019 in favor of Plaintiff Mattel, Inc. and against Defendant Henan Xuanhua Imp. & Exp. Trading Co., Ltd. in the amount of $50,000.00, and said judgment having been satisfied, and it is certified that there are no outstanding executions with any Sheriff or Marshall.

THEREFORE, satisfaction of said judgment is hereby acknowledged, and the Clerk of the Court is hereby authorized and directed to make an entry of the satisfaction on the docket of said judgment against Defendant Henan Xuanhua Imp. & Exp. Trading Co., Ltd..

Dated: April 8, 2019  
New York, New York

Respectfully submitted,

EPSTEIN DRANGEL LLP

BY: _____  
Brieanne Scully (BS 3711)  
bscully@ipcounselors.com  
60 East 42nd Street, Suite 2520  
New York, NY 10165  
Telephone: (212) 292-5390  
Facsimile: (212) 292-5391  
*Attorney for Plaintiff*  
*Mattel, Inc.*

NOAH D. RODMAN  
Notary Public, State of New York  
Registration #01RO6249146  
Qualified In Westchester County  
Commission Expires 10/17/2019