UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------x

MATTEL, INC.,

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5|29|19
```

Plaintiff,

CIVIL ACTION
18-cv-10437 (KPF)

- against -

**SATISFACTION OF JUDGMENT**

AARON'S FASHION STORE, *et al.*

Defendants.

------------------------------------x

WHEREAS, a judgment was entered in the above action on the 27th day of March, 2019 in favor of Plaintiff Mattel, Inc. and against Defendant Dongguan City Baofa Furniture Co., Ltd in the amount of $50,000.00, and said judgment having been satisfied, and it is certified that there are no outstanding executions with any Sheriff or Marshall.

THEREFORE, satisfaction of said judgment is hereby acknowledged, and the Clerk of the Court is hereby authorized and directed to make an entry of the satisfaction on the docket of said judgment against Defendant Dongguan City Baofa Furniture Co., Ltd.

Dated: May 28, 2019
New York, New York

Respectfully submitted,

EPSTEIN DRANGEL LLP

BY: _____
Brieanne Scully (BS 3711)
bscully@ipcounselors.com
60 East 42nd Street, Suite 2520
New York, NY 10165
Telephone:     (212) 292-5390
Facsimile:     (212) 292-5391
*Attorney for Plaintiff*
*Mattel, Inc.*

```
NOAH D. RODMAN
Notary Public, State of New York
Registration #01RO6249146
Qualified in Westchester County
Commission Expires _____ 2019
```