UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x
MATTEL, INC.,

<table>
<tr><td></td><td></td></tr>
</table>

|  |  |
|---|---|
| Plaintiff, | CIVIL ACTION<br>18-cv-10437 (KPF) |
| - against - | **SATISFACTION OF JUDGMENT** |
| AARON'S FASHION STORE, *et al.*<br>Defendants. |  |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 7/10/19

WHEREAS, a judgment was entered in the above action on the 27th day of March, 2019 in favor of Plaintiff Mattel, Inc. and against Defendant Ever Bright Industrial Products Co., Ltd. in the amount of $50,000.00, and said judgment having been satisfied, and it is certified that there are no outstanding executions with any Sheriff or Marshall.

THEREFORE, satisfaction of said judgment is hereby acknowledged, and the Clerk of the Court is hereby authorized and directed to make an entry of the satisfaction on the docket of said judgment against Defendant Ever Bright Industrial Products Co., Ltd..

Dated: July 3, 2019
New York, New York

Respectfully submitted,

EPSTEIN DRANGEL LLP

BY: _____

Brieanne Scully (BS 3711)
bscully@ipcounselors.com
60 East 42nd Street, Suite 2520
New York, NY 10165
Telephone:   (212) 292-5390
Facsimile:   (212) 292-5391
*Attorney for Plaintiff*
*Mattel, Inc.*

NOAH D. RODMAN
Notary Public, State of New York
Registration #01RO6249146
Qualified In Westchester County
Commission Expires 12/17/2019